UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 20CR478-JLS |
| Plaintiff, | ) ORDER ON JOINT MOTION FOR |
| v. | ) CONTINUANCE |
| DAVID DINH TRINH, | ) |
| Defendant. | ) |

The United States of America and defendant DAVID DINH TRINH jointly move to continue the motion hearing/trial setting set for November 13, 2020. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance.

IT IS ORDERED that the joint motion is granted and the sentencing hearing shall be continued to December 18, 2020 at 1:30pm. The defendant shall file an acknowledgement of the new hearing date by November 20, 2020.

1	IT IS FURTHER ORDERED that the period of delay from the filing
2	of the joint motion until December 18, 2020 shall be excluded in
3	computing the time within under the Speedy Trial Act, 18 U.S.C. §
4	3161.
5	IT IS SO ORDERED.

Dated:  November 10, 2020

Hon. Janis L. Sammartino
United States District Judge

2