UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0478-JLS |
| Plaintiff, | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| vs. | |
| DAVID DINH TRINH, | |
| Defendant. | |

Pursuant to the joint motion of the parties and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting of April 30, 2021 be continued to June 11, 2021 at 1:30 p.m. The defendant shall file an acknowledgement of the new hearing date by May 21, 2021.

The Court further finds excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-A.

**IT IS SO ORDERED.**

Dated: April 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20 CR 0478 JLS